UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE *EX PARTE* APPLICATION OF OVIK MKRTCHYAN,

Petitioner.

Case No.: 2:25-mc-00060-TL

**DECLARATION OF PETITIONER OVIK MKRTCHYAN IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782**

Pursuant to 28 U.S.C. § 1746, I, Ovik Mkrtchyan, declare as follows:

1. I am the claimant (plaintiff) in two proceedings I initiated in England on April 22, 2025: (1) libel proceedings against 2Trom Media Group and Viktor Tokarev; (2) libel proceedings against Radha Stirling.

2. I submit this declaration in support of my Application for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (the "Application"). This declaration is based on my personal knowledge except where I indicated otherwise.

***Petitioner***

3. I am an entrepreneur who owns and leads multiple businesses focused on innovation, sustainability, and technology.

4. I was born in Armenia and raised in Uzbekistan, and I now reside in Europe.

5. My businesses are primarily located in the United Kingdom, Switzerland, Uzbekistan, and Latvia.

6. One of these companies, Gor Investment Limited, focuses on initiatives to combat infection in medical patients, process and dispose of hazardous waste, harness gas metallurgy technology for the production of nano powders of rare and precious metals, and train young engineers in Uzbekistan, among other things. *See* Exhibit 1, Gor Investment, Our Projects, available at https://gorinvestment.com/our-projects/.

7. Gor's advisory board reflects the company's global reach and technological prowess. Its members have included former U.S. Secretary of State Mike Pompeo, former U.S. Secretary of Energy and Governor of Texas Rick Perry, former director of the Oak Ridge National Laboratory Dr. Thomas Zacharia, and former Under Secretary of State Thomas A. Shannon, Jr.

***Stephen Payne and His Companies***

8. Stephen Payne is my former business associate.

9. On information and belief, Payne founded and operates several companies.

10. On information and belief, Linden Strategies, LLC ("Linden Strategies") is a consulting and lobbying firm founded by Payne and headquartered in Houston or Richmond.

11. On information and belief, Linden Energy, LLC ("Linden Energy") is another company founded by Payne and headquartered in Houston.

12. On information and belief, Payne also founded Linden Energy Holdings, Inc. ("Linden Holdings"), another Houston-headquartered company, and Payne holds himself out as its President & CEO.

13. On information and belief, American LNG Services, LLC ("American LNG") is another company controlled by Payne, and it is also headquartered in Houston.

14. On information and belief, Payne uses the T-Mobile mobile phone number 832-473-6700, and Logan Somera, an employee of one of Payne's companies, uses the T-Mobile mobile phone number 832-571-6091. Both numbers are listed on their corporate email signatures.

***Relationship between Petitioner and Payne***

15. Over the years, my companies and I have hired Payne for services, loaned him money, and collaborated with him on projects.

16. In July 2016, Payne, Linden Energy, and my company NRCO Engineering S.A. ("NRCO") entered into a written agreement relating to a liquefied natural gas ("LNG") project in Eastern Europe.

17. NRCO caused more than $1 million to be tendered in support of the project.

18. As part of the 2016 LNG transaction, Payne provided a signed promissory note personally guaranteeing the repayment of more than $1 million, backed by shares in American LNG.

19. Ultimately, Payne told me that he could not deliver on the LNG project, but he repeatedly assured me that he would repay the funds.

20. Payne and Linden Energy owe more than $1 million to NRCO under the relevant agreements, and NRCO is pursuing recovery separately.

21. My relationship with Payne ended in mid-2024, around the time that I learned that Payne had secretly sent a false and disparaging letter about me to a senior figure with influence over Uzbekistan's government.

22. Around the time that Payne was confronted about this letter, he cut ties with me and began to deny responsibility for the debt.

***Coordinated campaign to harm Petitioner***

23. I have been a target of an ongoing campaign by individuals and entities around the world to injure me by unlawful means—first by engineering my illegal detention in Uzbekistan, and then by disseminating false and disparaging information about me to third parties (the "Campaign").

24. In particular, in the last two years, my adversaries' attempts to harm me through this Campaign have included a successful effort to orchestrate my unlawful detention in Uzbekistan (January-April 2024); a false and disparaging letter sent by Payne to a senior figure with influence over Uzbekistan's government (August 2024); a false and disparaging letter sent by one or more agents for Uzbek businessperson Ulugbek Shadmanov and his company, United Cement Group (August 2024); a failed attempt to engineer my rearrest in Uzbekistan (August 2024); libelous content posted by The London Post (October 2024); libelous content posted by Stirling (January 2025); and dozens of other false and disparaging articles and posts (July 2024-present).

***Petitioner's unlawful detention in Uzbekistan***

25. In early 2024, my adversaries succeeded in orchestrating my wrongful detention in Uzbekistan, and I was held under harsh conditions for several months.

26. Officials confined me to a small cell, repeatedly interrogated me, denied access to medication and other necessities, and attempted (unsuccessfully) to extract money and false confessions.

27. While I was detained, Payne sent a letter of support to the President of Uzbekistan.

28. This letter, dated April 10, 2024, included the following statements:

- "On January 17, 2024 upon their departure from the office in Tashkent, Mr. Ovik Mkrtchyan and his daughter were detained by officers of the SGB (State Security Service)."

- "For the duration of his detainment from 17 January 2024 the officers of SGB were constantly pressing Mr. Ovik Mkrtchyan to admit guilt for crimes he did not commit."
- "Since Mr. Mkrtchyan did not admit any fictitious charges, the SGB personnel resorted to pressuring and forcing the relatives and acquaintances of Mr. Mkrtchyan to provide fictitious information that would incriminate him."
- "The true reason behind this issue is a conflict between Mr. Ovik Mkrtchyan on one hand, and" a group headed by "Shadmanov . . . on the other."

Exhibit 2, Letter from S. Payne, April 10, 2024.

29. Throughout my detention, I refused to confess to crimes I had not committed. I was ultimately released in April 2024.

30. Official records confirm that I was not convicted of any crimes.

***Second letter from Payne, letter from Akard on behalf of Shadmanov/United Cement, and efforts to orchestrate Petitioner's rearrest (mid-2024)***

31. Following my release from detention in April 2024, my adversaries turned their efforts to damaging my reputation and laying the apparent groundwork for my rearrest.

32. In or around August 2024, Payne sent another letter to Uzbekistan, retracting his April 2024 letter in my support and falsely accusing me of serious misdeeds, including ties to Russian organized crime, threats, and extortion.

33. Also in August 2024, Stephen Akard, one of the agents for Shadmanov and his company, United Cement Group, sent a letter containing similar allegations to the Uzbek government.

34. Around the same time in mid-2024, I learned of a renewed plot to orchestrate my arrest once again.

35. Fortunately, my family and I were able to leave the country before I was rearrested, and we have resided in Europe since then.

***Disparaging online content***

36. The Campaign includes dozens of articles, posts, and other content published on hosting platforms around the world.

37. The volume of publications dramatically increased beginning around July 2024, around the time that Payne sent his disparaging letter and appears to have joined the Campaign.

***Libel proceedings in England and contemplated additional claims***

38. I seek to redress the harms caused by the Campaign in both pending and contemplated proceedings in England. On April 22, 2025, I filed civil libel claims against two Campaign participants—the owners of The London Post and Radha Stirling—and I anticipate pursuing additional claims, including claims for libel and conspiracy to injure by unlawful means, against other members of the Campaign subject to jurisdiction in England.

39. Based on the evidence gathered to date, I understand and believe that The London Post and Stirling did not act independently and in isolation; rather, they were part of the larger Campaign to harm me, my reputation, and my interests by unlawful means.

40. In both cases, I, through my English counsel, am asking the English courts to decide that the published content is part of a broader disinformation campaign designed to harm me through libel and other unlawful means.

41. Both my existing and contemplated claims will be based in part on any supporting evidence of a broader coordinated disinformation campaign and conspiracy to harm me by unlawful means that is gathered as part of this Application.

42. I intend to bring the contemplated claims imminently, and as soon as possible after obtaining further evidence in support of them and identifying individuals who would be defendants. I have already retained my existing counsel in England to represent and advise me on those claims and to file them as soon as possible.

***Payne joined the Campaign to destroy Petitioner's reputation***

43. Based on the existing evidence gathered thus far, I understand and believe that Payne, acting individually or through his companies, is a participant in the Campaign and that Respondents accordingly possess material information about the Campaign's activities.

44. For example, beginning in mid-2024, Payne and his companies directly participated in efforts to damage my reputation and harm my interests, including sending a false and disparaging letter to a senior figure with influence over Uzbekistan's government. The letter, which is signed by Payne, is on Linden Strategies letterhead.

45. The baseless allegations in Payne's letter closely track allegations made by others who have sought to harm me. In particular, similar allegations appear in the August 2024 letter from one or more agents for Shadmanov and United Cement, the October 2024 article published by The London Post, Stirling's January 2025 post, and online content published by hosting platforms around the world.

46. Payne's April 2024 letter calling for my release from detention reflects what I believe to be intimate knowledge of the activities of Shadmanov (whom Stirling's website identifies as her client) and United Cement (Shadmanov's company). While Payne was initially at odds with Shadmanov and United Cement—going so far as to accuse them of illegal activity in the April 2024 letter—he appears to have switched sides between April and August 2024.

47. Payne and his company, Respondent Linden Energy, owe my company NRCO more than $1 million in connection with the written agreements and promissory note signed in July 2016. Respondent American LNG provided collateral for the promissory note. Had Payne and my other adversaries succeeded in prompting my rearrest in August 2024, Payne might have been able to delay or even avoid altogether this significant financial obligation.

48. The timing of Payne's false and disparaging letter to a senior figure with influence over Uzbekistan's government aligns with the timing of other events in the Campaign, including the August 2024 letter from one or more agents for Shadmanov and United Cement, and the widespread publication of false and disparaging information about me beginning around July 2024.

49. The damage inflicted on me as a result of the broader Campaign is substantial, and I believe it to exceed $10 million.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 5, 2025.

Ovik Mkrtchyan

# Exhibit 1

# Our Projects



Production of rare and precious metals




## Technano Innovation

Technano Innovation presents a groundbreaking addition to the industrial landscape with their pioneering Gas Metallurgy technology utilized in the production of rare and precious metals. This revolutionary process allows for the extraction of highly sought-after metals such as tungsten, molybdenum, rhenium, tantalum, niobium, vanadium, alongside valuable precious metals including gold and platinum. Significantly, this advanced procedure yields a singular stage output with unparalleled purity levels. Additionally, Technano Innovation utilizes plasma chemistry techniques to facilitate the production of nanopowders for both tungsten and molybdenum carbides, which boasts outstanding performance capabilities. Joining forces with Technano Innovation means accessing an innovative and state-of-the-art approach to metal production that surpasses all traditional methods.

VISIT WEBSITE →




## New Medical Technologies

New Medical Technologies Company represents a beacon of excellence in the realm of medicine, dedicated to revolutionizing and implementing comprehensive innovative technologies. Our primary objective is to tackle head-on the growing concern of infection among patients of medical institutions of diverse backgrounds. Our unwavering resolve to combat this pervasive issue has driven us to conceive new and creative ways to overcome it. This approach is implemented through the development and deployment of cutting-edge technologies that deliver comprehensive and effective treatments to a broad spectrum of viruses that currently lack curative measures. At New Medical Technologies Company, we are passionate advocates for advancing the landscape of healthcare across the globe, and we pledge to continue pushing boundaries to improve patient outcomes and ensure the utmost safety for all.

VISIT WEBSITE →



Beacon of excellence in the realm of medicine



Catalyst for online connectivity since 2017




## SNS-IX

Behold the preeminent work of the Traffic Exchange Point (TEP) Operator, a true titan in the rapidly evolving digital realm, dedicated to serving as the catalyst for online connectivity since 2017. Owing to our undeniable expertise and visionary foresight, our TEP has played an instrumental role in anchoring the heart of the internet for over three years, notably emerging as one of the largest traffic hubs in all of Central Asia. In a testament to our pioneering spirit of excellence, Facebook has placed its cache servers in the renowned SNS-IX – a testament to our exceptional caliber of service, increasing the availability and velocity of online services for the benefit of the beloved and esteemed citizens of Uzbekistan. At The Traffic Exchange Point Operator, we stand poised to lead the charge towards a more connected and digitally empowered future.

VISIT WEBSITE ➔




## Ecotech

Ecotech represents a seminal innovation in the realm of environmental sustainability, leveraging the latest technologies to implement comprehensive solutions for the processing and disposal of hazardous waste produced via caprolactam production. Our pioneering approach has revolutionized the landscape of waste management and presages a brighter and more sustainable future for all. At Ecotech, we remain dedicated to ensuring that the processing of waste operates seamlessly and yields products, materials, and substances that are utilized for both original and other novel purposes. We pride ourselves on our ability to seamlessly fuse efficiency and environmental sustainability, and we pledge to continue spearheading innovative solutions to complex environmental challenges to safeguard the health and well-being of future generations. Join us today, and witness the transformative power of Ecotech in creating a cleaner, greener, and more sustainable world.

VISIT WEBSITE ➔



Innovation in the realm of environmental sustainability







# GORBIOPHARM

Behold the visionary blueprint for a high-tech biopharmaceutical complex, dedicated to leading the charge towards the manufacture and production of unparalleled genetically engineered medical and diagnostic preparations. The Innovative Foundation of this groundbreaking complex embodies a visionary ethos, committed to breaking new ground in the realm of healthcare and medicine, and reinventing the landscape of bioproduction as we know it. Spearheaded by a diverse team of visionary experts, the foundations of the complex represent a confluence of cutting-edge technological advancements and unparalleled expertise in the realm of bioproduction. The ultimate goal of this grand endeavor is to transform the way we approach healthcare, delivering innovative solutions that harness the full potential of genetically engineered medical and diagnostic preparations. Join us in this pioneering journey towards a brighter, more sustainable, and more equitable future, and together, let us make the world a healthier place for all.

The resplendent legacy of Gor Logistic Limited, a name synonymous with unparalleled excellence in the realm of logistics, spans over two decades, dedicated to serving as the preeminent provider of rail transportation services across the breadth and scope of the CIS and Baltic countries.

VISIT WEBSITE ➔



# Gor Logistic Limited

At Gor Logistic Limited, we have succeeded by working tirelessly to maintain our status as the undisputed logistics and dispatch center of choice, with a thriving fleet of privately owned and also third-party wagons at our disposal. With an unyielding commitment to comprehensive customer satisfaction, we remain at the vanguard of technological advancements and leverage the latest techniques to ensure swift, timely, and efficient delivery of goods, no matter how complex or challenging the logistics may appear.

Join us today and experience firsthand our dedication to excellence, our commitment to quality, and our resolute mission of helping you drive your business forward towards sustained growth and success.

VISIT WEBSITE ➔








Forefront of revolutionizing the world of engineering

# SKB Energy Company

Behold a name synonymous with excellence, the company at the forefront of revolutionizing the world of engineering and consulting services, dedicated to improving the energy efficiency of industrial enterprises and buildings. Drawing from years of expertise and experience, we remain the preeminent choice of businesses across diverse industries, committed to delivering innovative products that offer unparalleled functionality and uncompromising quality.

At our illustrious company, we perceive every challenge as an opportunity to drive innovation and enhance the sustainability of the industries we serve. With a relentless focus on customer satisfaction, we have continuously set the gold standard in providing cutting-edge solutions that foster a path towards energy efficiency and reduction of carbon footprints.

Our forward-thinking mindset and pioneering ethos continue to set us apart as a beacon of excellence in the realm of engineering and consulting services, and we remain steadfast in our commitment to push the limits of the impossible every day. Join us in this revolutionary journey towards a brighter and more sustainable future, and let us partner together to create a world powered by renewable energy sources.

VISIT WEBSITE ➔




# Center for youth initiatives

Our project is a game-changer for the youth of Uzbekistan. We aim to revolutionize the way in which we educate and train the new generation of engineers for an innovative economy. Our focus is on imparting the most advanced world technologies and introducing novel methods of teaching that will prepare the youth of Uzbekistan to stay ahead of the times.

Our project is guided by a strong conviction that the advancements in technology and the digital revolution are essential for our country's economic growth and development. To achieve this, we have developed a comprehensive program that involves teaching the youth about the most advanced world technologies and training them to be future leaders in the field of engineering.

Our project is unique in that it aims not only to educate but also to engage students actively in solving real-world problems faced by local businesses during the digital transformation of production. This mechanism will provide students with the opportunity to apply their knowledge and skills to real-world scenarios, thereby enhancing their learning and skills even more.

We are confident that our project will create a cadre of highly skilled engineers who will usher in a new era of innovation and growth in Uzbekistan. Join us in our mission to shape the future of Uzbekistan's economy!

VISIT WEBSITE ➔



Introducing novel methods of teaching







Website in development

Website in development




## Contacts

**London**
+44 7757 216 555
**Email**
info@gorinvestment.com

## Contacts

**Tashkent**
+998 78 113 45 55





Home About Us Advisory Board Projects Our Team Invest with us Contacts

© Gor Investment Limited. All rights reserved.

# Exhibit 2




April 10, 2024

President Shavkat Mirziyoyev
Tashkent, Uzbekistan

Dear Mr. President,

Please let us express our sincere respects and congratulate you and your country on the sacred holiday of Eid.

We are forced to contact you for the second time in regards to the situation involving our partner Mr. Ovik Mkrtchyan.

Unfortunately, we have attempted to contact the Uzbek Ambassador in Washington twice, but our requests were ignored. We believe that the letters sent on January 18th (Appendix A) that were sent to you by Secretary Pompeo, and Secretary Perry were ignored as well.

On January 17, 2024 upon their departure from the office in Tashkent, Mr. Ovik Mkrtchyan and his daughter were detained by the officers of SGB (State Security Service). The list of charges laid included alleged involvement of Mr. Ovik Mkrtchyan in illegal activities when fulfilling government contracts for Oil & Gas Company during 2012-2016. This case was already reviewed in 2018, and after agreeing on additional discounts and terms this issue was resolved. This case is being utilized now solely to launch a criminal case and detention of Mr. Ovik Mkrtchyan. All family members of Mr. Ovik Mkrtchyan, including his wife and children, were submitted to the Interpol lists, while being physically located in Uzbekistan.

All procedures, protocols, and so-called investigations were conducted with outrageous violations, and off the record the reason provided by the SGB officers was that this is an order from a higher authority. For the duration of his detainment from 17 January 2024 the officers of SGB were constantly pressing Mr. Ovik Mkrtchyan to admit guilt for crimes he did not commit, motivating this by obtaining his personal phone conversations and messages. Since Mr. Mkrtchyan did not admit any fictitious charges, the SGB personnel resorted to pressuring and forcing the relatives and acquaintances of Mr. Mkrtchyan to provide fictitious information that would incriminate him.

The true reason behind this issue is a conflict between Mr. Ovik Mkrtchyan on one hand, and two Uzbek businessmen Mr. Shadmanov Ulugbek and Stanislav Tsatskin on the other. The reason behind the conflict lies in the fact that Mr. Mkrtchyan did not comply with a request made by Mr. Ulugbek Shadmanov.




The summary of the conflict is below:

Mr. Shadmanov and Mr. Tsatskin demanded Mr. Mkrtchyan to request the advisory board members Secretary Pompeo and Ambassador Thomas Shannon to assist in including two Uzbek nationals into the OFAC lists, and to commence their criminal prosecution. To conduct this, they have provided Mr. Mkrtchyan with all necessary personal information as well as mobility and movement logs from one of the intelligence agencies, which is not accessible by any civil organization or person.

Mr. Mkrtchyan denied this request, stating that this request is completely unlawful. Secondly, the two Uzbek nationals in question are not average citizens of Uzbekistan, but rather high-ranking politicians within the government of Uzbekistan, who are in possession of sensitive and confidential information. In essence this request is sabotaging the authority and image of the governing body of Uzbekistan, and is in fact a state crime.

The first person in question is Mr. Dmitriy Lee - Director of National Agency of Project Management under the President of the Republic of Uzbekistan. The second person in question is Mr. Komil Allamjonov - Head of Staff Information Department of the President administration .

Mr. Mkrtchyan has informed us that he is being pressured by Mr. Shadmanov and Mr. Tstatskin to conduct these illegal activities. We have responded that we are in solidarity with Mr. Mkrtchyan's decision to deny this request, and advised him to inform of such request Mr. Kamo Tumasov, who positioned himself as the only and sole shareholder of projects being developed by Mr. Mkrtchyan. Mr. Tumasov has informed Mr. Mkrtchyan that he will investigate how to resolve the issue and to inform the competent individuals of this request.
After denying this request, Mr. Ovik Mkrtchyan found himself in a situation where all his projects started stalling and were basically put on hold. The decrees and orders of your administration were not carried out and all correspondence from the management of Mr. Mkrtchyan's company was ignored. In November of 2023 Mr. Tsatskin has visited Mr. Tumasov informed him that all projects that were being developed based on the Presidential Decree will not be completed, since Mr. Shadmanov will personally destroy them.

Advisory board members Mr. Mike Pompeo and Mr. Rick Perry have sent an official letter in January addressed to you, which included a request to have your personal involvement in resolving this issue. This letter has been officially transferred through the Uzbek Embassy in Washington, and unfortunately it was ignored, and we believe that it was hidden from you.

On March 15, 2024 in the U.S. Congress there was a discussion of companies that violate sanctions imposed by the United States and the European Union, by directly or indirectly




assisting the Russian Federation in its aggression towards Ukraine. The U.S. Department of Treasury was recommended to analyze and prosecute such companies, more specifically OFAC was directed to investigate The United Cement Group (Appendix B), with Mr. Shadmanov being the beneficiary of this company, which undoubtedly harms the image of Uzbekistan and the democratic reforms and changes that are being conducted by your Excellency.

In April of 2024 Mr. Thomas Shannon, who is one of the closest friends of Uzbekistan, who consistently provides consulting services and practical assistance in resolving of many matters, who is also holding a position of Co-Chairman of the Advisory Board in Mr. Mkrtchyan's company once again provided a letter (Appendix B) addressed to you through his counter partner - former Minister of Foreign Affairs, Mr. Kamilov; however we are not confident if it was delivered to you or not.

As a result we currently observe a critical situation that does not have any governmental nor legal status - a businessman is attempting to employ channels to destroy high government officials of the Republic of Uzbekistan, by contacting foreign institutions that have an ability to provide sanctions pressure, while placing his own interests above interests of the government; furthermore he is discrediting the government and intelligence agencies by utilizing short-sighted SGB officers. This ultimately discredits all success and progress that Uzbekistan has achieved under your command in the last years.

We are kindly asking you to assist us in this issue, and to have your personal involvement in determining the faith of a true Uzbek patriot that is diligently working to attract foreign investment and capital into Uzbekistan.

With warmest regards,

LINDEN STRATEGIES, LLC
Linden
STRATEGIES
TEXAS CORPORATION • 802732959

Stephen Payne

President
LINDEN STRATEGIES

Board Member
GOR Investment Limited