UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF OVIK MKRTCHYAN,<br><br>Petitioner. | Case No.: 2:25-mc-00060-TL<br><br>**DECLARATION OF RYAN HARTMAN IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782** |

Pursuant to 28 U.S.C. § 1746, I, Ryan Hartman, declare as follows:

1. I am an attorney admitted to practice in the District of Columbia and Texas. I am a partner with the law firm of Arnold & Porter Kaye Scholer LLP and counsel for Petitioner Ovik Mkrtchyan (the "Petitioner").

2. I submit this declaration in support of Petitioner's Application for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (the "Application"). This declaration is based on my personal knowledge unless indicated otherwise.

3. Attached as **Exhibit 1** is a true and correct copy of the court order granting Petitioner's 1782 application in case captioned as *In re Mkrtchyan*, No. 4:25-mc-01122, in the U.S. District Court for the Southern District of Texas.

4. Attached as **Exhibit 2** is a true and correct copy of records I obtained from Washington's Office of the Secretary of State that indicate that T-Mobile USA, Inc. is based in Bellevue, Washington.

1 | I declare under penalty of perjury that the foregoing is true and correct.

2 | DATED this 5th day of September, 2025.

*[signature]*

_____
Ryan Hartman

# Exhibit 1

United States District Court
Southern District of Texas
**ENTERED**
June 18, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

IN RE APPLICATION OF OVIK )
MKRTCHYAN FOR AN ORDER TO )
TAKE DISCOVERY FOR USE IN ) Case No. 4:25-mc-1122
FOREIGN PROCEEDINGS PURSUANT TO )
28 U.S.C. § 1782 )
)

**ORDER GRANTING
PETITIONER'S *EX PARTE* APPLICATION FOR AN ORDER TO TAKE DISCOVERY
FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782**

Upon consideration of Petitioner Ovik Mkrtchyan's *x Parte* Application for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (the "Application"), and all papers submitted in connection therewith, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004) weigh in favor of granting the Application.

It is therefore ORDERED that

a. the Application is granted;

b. Petitioner is authorized to serve the proposed subpoenas attached to the Application, with return dates and times as permitted by the Federal Rules of Civil Procedure and the Local Civil Rules of this Court (collectively, "Rules"); and

c. Respondents are directed to respond to these subpoenas pursuant to the Rules.

**SO ORDERED** on June 18, 2025

UNITED STATES DISTRICT JUDGE

# Exhibit 2

## BUSINESS INFORMATION

Business Name:
**T-MOBILE USA, INC.**

UBI Number:
**601 991 571**

Business Type:
**FOREIGN PROFIT CORPORATION**

Business Status:
**ACTIVE**

Principal Office Street Address:
**12920 SE 38TH STREET, BELLEVUE, WA, 98006, UNITED STATES**

Principal Office Mailing Address:
**12920 SE 38TH STREET, BELLEVUE, WA, 98006, UNITED STATES**

Expiration Date:
**12/31/2025**

Jurisdiction:
**UNITED STATES, DELAWARE**

Formation/ Registration Date:
**12/16/1999**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES, WIRELESS TELECOMMUNICATIONS**

## REGISTERED AGENT INFORMATION

Registered Agent Name:
**CORPORATION SERVICE COMPANY**

Street Address:
**300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA, 98501, UNITED STATES**

Mailing Address:
**300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA, 98501, UNITED STATES**

## GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
| --- | --- | --- | --- | --- |
| GOVERNOR | INDIVIDUAL | | DARA | BAZZANO |
| GOVERNOR | INDIVIDUAL | | RYAN | BRADY |
| GOVERNOR | INDIVIDUAL | | MAX | CABALLERO-VIEYRA |
| GOVERNOR | INDIVIDUAL | | NESTOR | CANO |
| GOVERNOR | INDIVIDUAL | | CRAIG | CODLIN |
| GOVERNOR | INDIVIDUAL | | HANNAH | DOWNS |

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | DANIEL | DROBAC |
| GOVERNOR | INDIVIDUAL | | JON A. | FREIER |
| GOVERNOR | INDIVIDUAL | | BROADY | HODDER |
| GOVERNOR | INDIVIDUAL | | CHRISTOPHER | HOOPPAW |
| GOVERNOR | INDIVIDUAL | | JANICE V. | KAPNER |
| GOVERNOR | INDIVIDUAL | | MICHAEL J. | KATZ |
| GOVERNOR | INDIVIDUAL | | DEEANNE | KING |
| GOVERNOR | INDIVIDUAL | | SUSAN | LOOSMORE |
| GOVERNOR | INDIVIDUAL | | MARC | MENGES |
| GOVERNOR | INDIVIDUAL | | CHRISTOPHER M. | MILLER |
| GOVERNOR | INDIVIDUAL | | MARK W. | NELSON |
| GOVERNOR | INDIVIDUAL | | PETER | OSVALDIK |
| GOVERNOR | INDIVIDUAL | | JOHN | SAW |
| GOVERNOR | INDIVIDUAL | | G. MICHAEL | SIEVERT |
| GOVERNOR | INDIVIDUAL | | OMAR | TAZI |
| GOVERNOR | INDIVIDUAL | | DAVID | THACKER |
| GOVERNOR | INDIVIDUAL | | JOHANNES | THORSTEINSSON |
| GOVERNOR | INDIVIDUAL | | KEOLA | WARREN |
| GOVERNOR | INDIVIDUAL | | LARRY | WEIANS |
| GOVERNOR | INDIVIDUAL | | KEELY | WEIDENBACH |
| GOVERNOR | INDIVIDUAL | | DAVID | WERBLOW |
| GOVERNOR | INDIVIDUAL | | FREDERICK | WILLIAMS |
| GOVERNOR | INDIVIDUAL | | SHELLY | BUNDY |
| GOVERNOR | INDIVIDUAL | | MAYSOON | ELKHATIB |
| GOVERNOR | INDIVIDUAL | | ULF | EWALDSSON |
| GOVERNOR | INDIVIDUAL | | CALLIE R. | FIELD |