UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF OVIK MKRTCHYAN,<br><br>Petitioner. | Case No.: 2:25-mc-00060-TL<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782** |

Having considered Petitioner Ovik Mkrtchyan's *ex parte* application for an order to take discovery for use in a foreign proceeding pursuant to 28 U.S.C. § 1782 (the "Application"), the Court finds that the Application satisfies the statutory requirements of 28 U.S.C. § 1782, and the discretionary factors under *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004) weigh in favor of granting the Application. Thus, IT IS HEREBY ORDERED that:

1. The Application is GRANTED; and

2. Petitioner is authorized to serve the proposed subpoena on T-Mobile USA, Inc. that is attached to the Application, with a return date and time as permitted by the Federal Rules of Civil Procedure and the local rules of this Court (collectively, the "Rules"). The Rules shall govern any responses to the subpoena.

DATED this _____ day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

By: */s/ Ashley Gammell*
Ashley Gammell (WSBA No. 50123)
Arnold & Porter Kaye Scholer LLP
1420 5th Avenue, Suite 1400,
Seattle, WA. 98101
Telephone: (206) 288-0118
Email: Ashley.Gammell@arnoldporter.com

*Attorney for Petitioner*