# Hanh Huynh

| | |
|---|---|
| **From:** | Gammell, Ashley <Ashley.Gammell@arnoldporter.com> |
| **Sent:** | Monday, September 8, 2025 1:01 PM |
| **To:** | WAWDdb_NewCasesSea |
| **Cc:** | Hartman, Ryan |
| **Subject:** | Miscellaneous Action Filing: Ovik Mkrtchyan: Application and Memo of Law for Leave to Take Discovery for Foreign Proceeding under 28 U.S.C. 1782 |
| **Attachments:** | 1 - Application and Memo of Law.pdf; 2 - Exhibit A - Proposed Subpoena.pdf; 3 - Mkrtchyan's Declaration and Exhibits.pdf; 4 - Tait's Declaration and Exhibits.pdf; 5 - Hartman's Declaration and Exhibits.pdf; 6 - Civil Cover Sheet.pdf; 7 - Proposed Order.pdf; 7 - Proposed Order.docx |
| **Categories:** | Hanh |

**CAUTION - EXTERNAL:**

Good afternoon,

On behalf of Petitioner Ovik Mkrtchyan, I am writing to file as a miscellaneous action an *Ex Parte* Application and Memorandum of Law for an Order to Take Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. 1782. Please find attached for filing:

1. Application and Memo of Law for Leave to Take Discovery under 28 U.S.C. 1782
2. Exhibit A - Proposed Subpoena
3. Declaration of Petitioner Ovik Mkrtchyan with exhibits
4. Declaration of Nigel Tait with exhibits
5. Declaration of Ryan Hartman with exhibits
6. Civil Case Cover Sheet
7. Proposed Order (PDF and Word document)

Please advise how payment for the filing fee can be made.

Best,
Ashley Gammell

_____

Ashley Gammell
Partner | Bio

**Arnold & Porter**

1601 5th Ave
Suite 900
Seattle, WA 98101
T: +1 206.288.0118
Ashley.Gammell@arnoldporter.com
www.arnoldporter.com | LinkedIn

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.