THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF OVIK MKRTCHYAN,<br><br>Petitioner. | Case No.: 2:25-mc-00060-TL<br><br>**PETITIONER'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>NOTE ON MOTION CALENDAR: Friday October 31, 2025 |

Pursuant to Federal Rule of Civil Procedure 45, Petitioner Ovik Mkrtchyan respectfully asks the Court to compel T-Mobile USA, Inc. ("T-Mobile") to produce documents responsive to Mkrtchyan's document subpoena.

This matter arises from efforts by Mkrtchyan, the founder of a global enterprise who resides in Europe, to seek redress for an outrageous campaign against him that included his unlawful, three-month detention in Uzbekistan, and encompasses ongoing efforts to publish false and disparaging information about him, engineer his rearrest, and otherwise punish him for refusing to engage in improper activities. Mkrtchyan has filed lawsuits in the courts of England and Wales, and is pursuing additional claims and defendants there. In furtherance of these foreign proceedings, Mkrtchyan filed an application with this Court for an order under 28 U.S.C. § 1782 authorizing him to take discovery from T-Mobile. ECF No. 1 ("Application"). The Court granted the Application, allowing Mkrtchyan to serve a document subpoena on T-Mobile. ECF No. 2.

Petitioner's Motion to Compel Production of Documents - 1
Case No.: 2:25-mc-00060-TL
US 255235546v4

**ARNOLD & PORTER KAYE SCHOLER LLP**
1420 5TH AVENUE, SUITE 1400, SEATTLE, WA. 98101
(206) 288-0118

1   Mkrtchyan served his subpoena on T-Mobile on September 25, 2025. *See* Declaration of Ashley Gammell ("Gammell Decl., ¶ 3, **Ex. 1**, Subpoena & Proof of Service. The subpoena consisted of a single document request for account records for two phone numbers. *Id.* The subpoena also made clear that it "does not seek stored electronic communications." *Id.*

The deadline for production of documents was October 9, 2025, at 9:00 a.m. *Id.* T-Mobile did not object, produce records, or otherwise respond to the subpoena by the deadline. Gammell Decl. ¶ 4. Later that day, the undersigned counsel sent a letter via courier to T-Mobile's registered agent notifying T-Mobile of its failure to comply with the subpoena and demanding immediate production of responsive documents. *Id.*, ¶ 5, **Ex. 2**, Letter dated Oct. 9, 2025. Counsel's team also located an email address for T-Mobile's subpoena response center and forwarded the letter there. *Id.*, ¶ 6, **Ex. 3**, Email chain dated Oct. 9-13, 2025.

On October 10, T-Mobile responded via a generic, call-center email address that included no last name for the author or any indication that they are an attorney. *Id.* at 2-3. Their email confirmed T-Mobile's receipt of the subpoena but did not explain their failure to respond or commit to production of documents as soon as possible. *Id.* at 3. Instead, this person simply said: "Please allow 20-30 business days for a response"—i.e., 4-6 weeks, in addition to two weeks already provided to T-Mobile. *Id.*

Counsel's team responded that the requested extension was not reasonable and raised that Mkrtchyan would be filing a motion to compel. *Id.* at 2. Counsel's team then wrote two times—on October 10 and 11—requesting to meet and confer with counsel for T-Mobile. *Id.* On October 13, a solution center specialist at T-Mobile responded that T-Mobile has "a 20-30 day turnaround on [the] requests," that the "demands are worked in the order received," and that the "[m]anagement has been notified of [the] proposed Motion to Compel." *Id.* at 1. T-Mobile's

Petitioner's Motion to Compel Production of Documents - 2
Case No.: 2:25-mc-00060-TL
US 255235546v4

**ARNOLD & PORTER KAYE SCHOLER LLP**
1420 5TH AVENUE, SUITE 1400, SEATTLE, WA. 98101
(206) 288-0118

1  solution center specialist, however, did not agree to meet and confer or propose a date and time to
2  meet and confer on the motion despite multiple requests from Mkrtchyan. *Id.*

3  The Court should compel T-Mobile to immediately comply with the duly issued document
4  subpoena and produce requested documents. T-Mobile has not raised any objections, but to the
5  extent it does, those objections were due by October 9 and are therefore waived pursuant to Federal
6  Rule of Civil Procedure 45. *Cen Com Inc. v. Numerex Corp.*, No. C17-0560 RSM, 2018 WL
7  1737943, at *2 (W.D. Wash. Apr. 11, 2018) ("In the ordinary case, failure to timely object waives
8  the right to object later."). The requested discovery is for use in the foreign proceeding and very
9  relevant to them. *See* ECF No. 1 at 4; ECF No. 1-4 ¶ 15 (Mkrtchyan's foreign counsel confirming
10 that the requested evidence is relevant); *see also In re Broadcom Corp.*, No. C19-00966-RAJ, 2019
11 WL 4978849, at *2 (W.D. Wash. Oct. 8, 2019) ("Courts should be permissive in interpreting the
12 relevance standard.") (quotation omitted).

13 Moreover, the requested discovery is narrowly tailored and seeks specific records
14 pertaining to two individuals for a limited period of time. ECF No. 1 at 6; *see also In re PJSC*
15 *Uralkali*, No. C18-1673JLR, 2019 WL 291673, at *7 (W.D. Wash. Jan. 23, 2019) (allowing § 1782
16 discovery due to "delimited timeframe and subject matter" of the request). In addition, the
17 subpoena imposes almost no burden on T-Mobile because T-Mobile stores these records in an
18 electronic format easily searchable by phone number and T-Mobile was ordered to comply with
19 similar requests in the past. *See, e.g.*, *In re Credito*, No. C22-1549-JLR, 2022 WL 16744212, at
20 *1-2 (W.D. Wash. Nov. 6, 2022).

21 **CONCLUSION**

22 Because T-Mobile failed to object to or comply with the duly issued document subpoena
23 against it, or to agree to meet and confer regarding the subpoena, the Court should grant

24

Petitioner's Motion to Compel Production of Documents - 3
Case No.: 2:25-mc-00060-TL
US 255235546v4

ARNOLD & PORTER KAYE SCHOLER LLP
1420 5TH AVENUE, SUITE 1400, SEATTLE, WA. 98101
(206) 288-0118

1  Mkrtchyan's motion to compel and order T-Mobile to promptly produce all responsive

2  documents.

3      DATED this 14th day of October, 2025.

4  *I certify that this memorandum contains 824 words, in compliance with the Local Civil*

5  *Rules.*

                                      ARNOLD & PORTER KAYE SCHOLER LLP

                                      By: */s/ Ashley Gammell*
                                            Ashley Gammell (WSBA No. 50123)
                                            1420 5th Avenue, Suite 1400
                                            Seattle, WA. 98101
                                            Telephone: (206) 288-0118
                                            Email: Ashley.Gammell@arnoldporter.com

                                        *Attorney for Petitioner*

Petitioner's Motion to Compel Production of Documents - 4
Case No.: 2:25-mc-00060-TL
US 255235546v4

**ARNOLD & PORTER KAYE SCHOLER LLP**
1420 5TH AVENUE, SUITE 1400, SEATTLE, WA. 98101
(206) 288-0118

**MEET AND CONFER CERTIFICATION**

I hereby certify that the undersigned in good faith attempted to confer with T-Mobile in an effort to resolve the dispute without court action. Specifically, I sent a letter to T-Mobile by courier on October 9 that was also emailed to T-Mobile that same day. After an initial response from T-Mobile, my team wrote T-Mobile twice on October 10 and October 11, asking for a call to meet and confer, but T-Mobile has ignored the request for conference, as outlined in this motion.

*/s/ Ashley Gammell*
Ashley Gammell (WSBA No. 50123)
1420 5th Avenue, Suite 1400
Seattle, WA. 98101
Telephone: (206) 288-0118
Email: Ashley.Gammell@arnoldporter.com

Petitioner's Motion to Compel Production of Documents - 5
Case No.: 2:25-mc-00060-TL
US 255235546v4

ARNOLD & PORTER KAYE SCHOLER LLP
1420 5TH AVENUE, SUITE 1400, SEATTLE, WA. 98101
(206) 288-0118

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 14, 2025, I served a copy of the aforementioned document on all parties to appear in the above-captioned action via CM/ECF and via email. I will also have a copy served on T-Mobile's registered agent on the return date indicated in their return of service.

*/s/ Ashley Gammell*
Ashley Gammell (WSBA No. 50123)
1420 5th Avenue, Suite 1400
Seattle, WA. 98101
Telephone: (206) 288-0118
Email: Ashley.Gammell@arnoldporter.com

Petitioner's Motion to Compel Production of Documents - 6
Case No.: 2:25-mc-00060-TL
US 255235546v4

**ARNOLD & PORTER KAYE SCHOLER LLP**
1420 5TH AVENUE, SUITE 1400, SEATTLE, WA. 98101
(206) 288-0118