THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF OVIK MKRTCHYAN,<br><br>Petitioner. | Case No.: 2:25-mc-00060-TL<br><br>**DECLARATION OF ASHLEY GAMMELL IN SUPPORT OF PETITIONER'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

Pursuant to 28 U.S.C. § 1746, I, Ashley Gammell, declare as follows:

1. I am an attorney duly admitted to practice in State of Washington and before this Court. I am a partner in the law firm of Arnold & Porter Kaye Scholer LLP and counsel for Petitioner Ovik Mkrtchyan ("Petitioner") in this matter.

2. I submit this declaration in support of Petitioner's motion to compel production of documents by T-Mobile USA, Inc. ("T-Mobile"). This declaration is based on my personal knowledge unless indicated otherwise.

3. Attached as **Exhibit 1** are true and correct copies of the subpoena issued by Petitioner on September 25, 2025, and the proof of service on T-Mobile dated September 25, 2025.

4. To date, T-Mobile has not served objections to the September 25, 2025 subpoena.

5. Attached as **Exhibit 2** is a true and correct copy of the letter from the undersigned counsel to T-Mobile dated October 9, 2025.

6. Attached as **Exhibit 3** is a true and correct copy of the email chain between counsel for Petitioner and T-Mobile dated October 9-13, 2025.

7. As of the date of this filing, T-Mobile has not agreed to meet and confer or proposed a time when T-Mobile's counsel is available to meet and confer in response to our letter or email requests.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2025.

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Ashley Gammell*
Ashley Gammell (WSBA No. 50123)
1420 5th Avenue, Suite 1400
Seattle, WA. 98101
Telephone: (206) 288-0118
Email: Ashley.Gammell@arnoldporter.com

*Attorney for Petitioner*