**From:** Hartman, Ryan
**Sent:** Monday, October 13, 2025 12:31:24 PM
**To:** LER2 <LER2@T-Mobile.com>
**Cc:** Gammell, Ashley <Ashley.Gammell@arnoldporter.com>
**Subject:** RE: No. 2:25-mc-00060, In re Mkrtchyan - Motion to Compel / Subpoena to T-Mobile

Thank you for your email, but it just confirms that T-Mobile is answering subpoenas in an order convenient to them, rather than in accordance with their due dates under Rule 45. We reserve the right to seek costs and attorneys' fees under the circumstances.

We have asked twice for your counsel's availability to meet and confer by phone, but you have not provided availability. We will inform the court that T-Mobile is refusing to confer by phone, and will file a motion to compel unless we receive T-Mobile's production or otherwise resolve this matter today.

---

**From:** LER2 <LER2@T-Mobile.com>
**Sent:** Monday, October 13, 2025 7:26 AM
**To:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Subject:** RE: No. 2:25-mc-00060, In re Mkrtchyan - Motion to Compel / Subpoena to T-Mobile

External E-mail

Hello

We have a 20-30 day turnaround on our requests. Management has been notified of your proposed Motion to Compel.

Please note that demands are worked in the order received. Once a response can be sent, it will be.

For the fastest return on results, we invite you to become a user of the T-Mobile Legal Request System Portal (LRS), where you can submit your requests, view the status, and download results, as well as many other self-help tools.
Not a member? Request Access.

**Liz J**
Solution Center Specialist
Legal & Emergency Response

**T··Mobile**
Main 973-292-8911 |
T-Mobile.com | Follow T-Mobile on Twitter, Facebook and Instagram

1

**From:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Sent:** Saturday, October 11, 2025 10:37 PM
**To:** LER2 <LER2@T-Mobile.com>
**Cc:** Gammell, Ashley <Ashley.Gammell@arnoldporter.com>
**Subject:** RE: No. 2:25-mc-00060, In re Mkrtchyan - Motion to Compel / Subpoena to T-Mobile
**Importance:** High

[External]

We have not heard further from T-Mobile regarding our messages below about this subpoena. T-Mobile's document production was due last Thursday, October 9. Attached is the motion to compel that we will file if we do not receive T-Mobile's document production or otherwise resolve this matter by no later than Monday, October 13. Please advise promptly when you are available to meet and confer by phone regarding this matter.

**From:** Hartman, Ryan
**Sent:** Friday, October 10, 2025 2:52 PM
**To:** 'LER2' <LER2@T-Mobile.com>
**Cc:** Gammell, Ashley <Ashley.Gammell@arnoldporter.com>
**Subject:** RE: No. 2:25-mc-00060, In re Mkrtchyan - Subpoena to T-Mobile

Please let us know what time this afternoon you are available for a phone call to meet and confer in advance of our filing a motion to compel. Thank you.

**From:** Hartman, Ryan
**Sent:** Friday, October 10, 2025 2:12 PM
**To:** 'LER2' <LER2@T-Mobile.com>
**Cc:** Gammell, Ashley <Ashley.Gammell@arnoldporter.com>
**Subject:** RE: No. 2:25-mc-00060, In re Mkrtchyan - Subpoena to T-Mobile

The subpoena response date was yesterday. T-Mobile missed the deadline for objecting or providing documents. We will be filing a motion to compel unless we receive the production by 4:30 p.m. today. This matter is urgent and 20-30 business days is not a reasonable timeframe.

**From:** LER2 <LER2@T-Mobile.com>
**Sent:** Friday, October 10, 2025 1:53 PM
**To:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Subject:** RE: No. 2:25-mc-00060, In re Mkrtchyan - Subpoena to T-Mobile

External E-mail

Hi,

We can confirm we received the request on 9/26. Please allow 20-30 business days for a response.

Best,

Jennifer


For the fastest return on results, we invite you to become a user of the T-Mobile Legal Request System Portal (LRS), where you can submit your requests, view the status, and download results, as well as many other self-help tools.
Not a member? Request Access. Here



**LER SOLUTIONS CENTER**
**LER Main**: 973-292-8911 | **Fax**: 972-292-8697
**EmaiL** LER2@T-Mobile.com

This message contains information that is confidential or privileged. The information is intended for the use of the individual or entity named above. Said information, when provided to a law enforcement agency to assist in its official duties might also be protected from disclosure by 5 U.S.C. 522, et seq. ("the FOIA Act") and 5 U.S.C. 552a, et seq. ("the Privacy Act").  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you have received this electronic transmission in error, please notify the sender and delete this message and any attachments.

---

**From:** Hartman, Ryan <Ryan.Hartman@arnoldporter.com>
**Sent:** Thursday, October 9, 2025 9:51 PM
**To:** LER@t-mobile.com; LER2 <LER2@T-Mobile.com>
**Subject:** No. 2:25-mc-00060, In re Mkrtchyan - Subpoena to T-Mobile
**Importance:** High

[External]

Please see the attached letter with a copy of a civil subpoena and associated court order.  T-Mobile's document production for this subpoena was due at 9:00 a.m. today but has not been received.  Please promptly provide the requested documents.

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com